## NOTIFICATION OF LATE RECORD

Court of Appeals No. 04-15-00480-CV

Trial Court Style: **LIBERTY SPORT AVIATION, LP**
**VS.**
**BARRY PRUITT, BRISTELL USA LP and PRM GROUP, LLC**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/15/2015 4:14:53 PM
KEITH E. HOTTLE
Clerk

Trial Court No.: **14-314A**

I am the official responsible for preparing the Clerk's Record and/or Supplement in the above referenced appeal.

The record is due on October 15, 2015. This record will contain approximately 450 to 500 pages.

I am unable to file the record by the above date. My office has been under renovation during these last three weeks making it difficult to get the record completed by October 15, 2015. Additionally, I have been attending a District Clerk's Conference in Kerrville this week that was prepaid in June. I will have the record filed on or before October 26, 2015.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been mailed to the attorneys of record.

Date:     October 15, 2015

_____
Susan Jackson
District Clerk, Kendall County, Texas

State of Texas         §
County of Kendall      §

Before me, the undersigned authority, on this day personally appeared Susan Jackson, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the reasons expressed therein.

Date: _10-15-2015_____     Signature: _____
                                      Darlene Herrin
                                      County Clerk, Kendall County, Texas

